# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 20, 2017

155258

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

KURQE E. LOVE, a/k/a KURQE EUGENE
LOVE,
     Defendant-Appellant.

SC: 155258
COA: 328662
Wayne CC: 15-000307-FC

_____/

     On order of the Court, the application for leave to appeal the December 20, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 20, 2017



Clerk

t0913